**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **YASWANTH BATTULA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:26-cv-03540-MDH** |
| | ) | |
| **MARKWAYNE MULLIN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 12). Plaintiff states after she filed her action seeking final agency action regarding her application for employment authorization, the USCIS completed its review and her application has now been approved. Plaintiff states the USCIS Approval Notice confirms approval of her employment authorization and therefore Plaintiff elects to voluntarily dismiss this action without prejudice. Defendants have not entered an appearance or filed a response to the action.

Wherefore, after a review of the record before the Court, the Court hereby orders that this case be dismissed, in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**